IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| FLOYD ESKRIDGE, individually and on behalf of other persons similarly situated | ) ) ) | |
| Plaintiff, | ) ) | Case No. 24-cv-12437 |
| v. | ) ) | Honorable Manish S. Shah |
| HMD TRUCKING, INC., | ) ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's June 23, 2025 Order [Dkt. 18], Plaintiff Floyd Eskridge and Defendant HMD Trucking, Inc. (collectively, the "Parties") submit this Joint Status Report addressing the Parties' discovery progress:

**1.     Status of Discovery.**

The Parties exchanged their initial disclosures on August 4, 2025 pursuant to the Court's scheduling order. [See Dkt. 18]. After serving their respective first sets of written discovery requests, the Parties have reached an agreement in principle to resolve this matter via settlement. The Parties request thirty days to report on status of their settlement negotiations.

Dated: October 1, 2025

| | |
|---|---|
| s/ Roberto Luis Costales<br>Roberto Luis Costales<br>William Henry Beaumont<br>Beaumont Costales LLC<br>107 W. Van Buren Suite 209<br>Chicago, Illinois 60605<br>rlc@beaumontcostales.com<br>whb@beaumontcostales.com<br>*Counsel for Plaintiff* | s/ Dremain T. Moore<br>Robert H. Lang<br>J. David Duffy<br>Dremain T. Moore<br>Courtney S. Koenig<br>Thompson Coburn, LLP<br>55 E Monroe St, 37th Floor<br>Chicago, IL 60603<br>P:  (312) 346-7500<br>F:  (312) 580-2201<br>rhlang@thompsoncoburn.com<br>dduffy@thompsoncoburn.com<br>dmoore@thompsoncoburn.com<br>ckoenig@thompsoncoburn.com<br>*Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing was filed electronically on Wednesday, October 1, 2025, with the Clerk of the Court to be served by operation of the Court's electronic filing system on all registered counsel of record

Roberto Luis Costales
William Henry Beaumont
Beaumont Costales LLC
107 W. Van Buren Suite 209
Chicago, Illinois 60605
rlc@beaumontcostales.com
whb@beaumontcostales.com

By: *s/ Dremain T. Moore*
     Dremain T. Moore
     *Counsel for Defendant*