IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FLOYD ESKRIDGE, individually and on behalf of other persons similarly situated ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 24-cv-12437 |
| HMD TRUCKING, INC. ) ) | Honorable Manish S. Shah |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order, Plaintiff Floyd Eskridge and Defendant HMD Trucking, Inc. (collectively, the "Parties") submit this Joint Status Report addressing the Parties' settlement progress. Specifically, the Parties have exchanged further drafts of the proposed settlement agreement and have finalized all material terms. The agreement is currently in the process of being signed. They hereby request a small additional period of time—fourteen days up to and through December 2—to finalize the settlement agreement and file an order of dismissal.

Dated: November 17, 2025

| | |
|---|---|
| /s/ Roberto Luis Costales<br>Roberto Luis Costales<br>William Henry Beaumont<br>Beaumont Costales LLC<br>107 W. Van Buren Suite 209<br>Chicago, Illinois 60605<br>rlc@beaumontcostales.com<br>whb@beaumontcostales.com<br>*Counsel for Plaintiff* | /s/ Dremain T. Moore<br>Robert H. Lang<br>J. David Duffy<br>Dremain T. Moore<br>Courtney S. Koenig<br>Thompson Coburn, LLP<br>55 E Monroe St, 37th Floor<br>Chicago, IL 60603<br>P: (312) 346-7500<br>F: (312) 580-2201<br>rhlang@thompsoncoburn.com<br>dduffy@thompsoncoburn.com<br>dmoore@thompsoncoburn.com<br>ckoenig@thompsoncoburn.com<br>*Counsel for Defendant* |