IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| FLOYD ESKRIDGE, individually and on behalf of other persons similarly situated | ) ) ) | |
| Plaintiff, | ) ) | Case No. 24-cv-12437 |
| v. | ) ) | Honorable Manish S. Shah |
| HMD TRUCKING, INC. | ) ) ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Federal Rule of Civil Procedure 41, the above-captioned action, and all claims asserted therein, is voluntarily dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Dated: December 2, 2025

Respectfully submitted,

**FLOYD ESKRIDGE**

*By: /s/ Roberto Luis Costales*
One of his Attorneys

Roberto Luis Costales
BEAUMONT COSTALES LLC
107 W. Van Buren, Suite 209
Chicago, IL 60605
Telephone: 773 831-8000
rlc@beaumontcostales.com

**HMD TRUCKING**

*By: /s/ Dremain T. Moore*
One of Its Attorneys

Robert H. Lang
J. David Duffy
Dremain T. Moore
Courtney S. Koenig
Thompson Coburn, LLP
55 E Monroe St, 37th Floor
Chicago, IL 60603
P:  (312) 346-7500
F:  (312) 580-2201
rhlang@thompsoncoburn.com
dduffy@thompsoncoburn.com
dmoore@thompsoncoburn.com
ckoenig@thompsoncoburn.com
*Counsel for Defendant*